From: Charles Bunton
Alfred Unit, #1143771
2101 FM 369 North
Iowa Park, TX 76367

60,852-08

May 6, 2015

To: Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 08 2015
Abel Acosta, Clerk

Dear Clerk:

Back in May 13, 2004, The 3rd C.O.A. at Austin wrongly affirmed my conviction. The Jury convicted me for a 3rd Degree Felony and The Court of Appeals affirmed a State jail felony that is not a part of my Judgment and Sentence. I would like my letters to be forwarded to the Presiding Judges so that they can take appropriate action on the Courts own motion, etc. The Court has the power to check this wrongly affirmed conviction, even if I have not filed the proper paperwork. I am in Administrative Segregation in Texas Prison and I cannot move around crooked prison officials. I'll leave it at that last sentence.

Respectfully, Charles Bunton — wrongfully convicted & imprisoned.